DAVID L. ANDERSON (CABN 149604)
United States Attorney
CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
Tax Division
450 Golden Gate Avenue
San Francisco, California 94546
Telephone: (415) 436-7000

Attorneys for the United States of America

DLA PIPER LLP (US)
DAVID F. GROSS (CABN 083547)
david.gross@dlapiper.com
HENRY CHENG (CABN 267578)
henry.cheng@dlapiper.com
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone:    415.836.2500
Facsimile:     415.836.2501

Attorneys for Defendants
MEDIA RIGHTS TECHNOLOGIES, INC.
and HANK RISAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:18-cv-05293 HSG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| MEDIA RIGHTS TECHNOLOGIES, INC. and HANK RISAN, | DATE: March 3, 2020<br>TIME: 2:00 PM |
| Defendants. | |

Plaintiff UNITED STATES OF AMERICA and Defendants MEDIA RIGHTS TECHNOLOGIES, INC. and HANK RISAN by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, the parties filed a Joint Status Report on January 23, 2019;

WHEREAS, the parties were served on January 24, 2020 with the Clerk's Notice Setting Further Case Management Conference for March 3, 2020, at 2:00 p.m.

WHEREAS, counsel for Defendants was previously and is scheduled to be in Chicago, IL, for a separate matter on March 3, 2020;

WHEREAS, the parties continue to pursue discussions regarding a potential settlement or early resolution of this matter.

NOW THEREFORE, Plaintiff UNITED STATES OF AMERICA and Defendants MEDIA RIGHTS TECHNOLOGIES, INC. and HANK RISAN hereby stipulate that the date for the Status Conference be continued from March 3, 2020 to March 10, 2020 at 2:00 p.m.

Dated: February 6, 2020

DAVID L. ANDERSON
United States Attorney

By: __/s/ *CYNTHIA STIER*_____
    CYNTHIA STIER
    Assistant United States Attorney
    Tax Division
    Attorneys for The United States

Dated February 6, 2020

DLA PIPER LLP (US)

By: _/s/ *DAVID GROSS*_____
    DAVID F. GROSS
    Attorneys for Defendants
    MEDIA RIGHTS TECHNOLOGIES,
    INC. and HANK RISAN

**ORDER**

It is so ordered except March 10th will be set for a further case management conference.

Date: 2/6/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.