# UNITED STATES DISTRICT COURT

Northern District of California

United States of America

Betty J. Williams

Plaintiff(s),

v.

Media Rights Technologies, Inc., et al

Defendant(s).

CASE NUMBER: 4:18-cv-05293-HSG

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Media Rights Technologies, Inc., et al substitutes
_____ (Party(s) Name)

David Gross and Henry Cheng , State Bar No. 224793 as counsel of record in
(Name of New Attorney)

place of _____
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Williams & Associates, PC
Address: 3600 American River Drive, Suite 135
Telephone: (916) 488-8501          Facsimile (916) 488-8196
E-Mail (Optional): betty@williamstaxlaw.com

I consent to the above substitution.
Date: 4/28/2020
_____ (Signature of Party(s))

I consent to being substituted.
Date: 4/24/2020
Henry Cheng          David Gross
_____ (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/28/20
Betty J. Williams
_____ (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/30/2020
Raymond S. _____
_____ Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]