DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Assistant United States Attorney
Chief, Civil Division

CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7000
   FAX: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:18-cv-05293-HSG |
| Plaintiff, | |
| v. | STIPULATED JUDGMENT |
| MEDIA RIGHTS TECHNOLOGIES, INC., | |
| Defendant. | |

     The United States of America, and defendant, Media Rights Technologies, Inc., by and through its respective counsel, stipulate and agree as follows:

     That Final judgment be entered in favor of the United States and against Media Rights Technologies, Inc. for delinquent federal employment tax liabilities [Forms 941] for all four quarters of 2008;  the first and fourth quarters of 2009;  the first and second quarters of 2010;  all four quarters of 2011;  the first quarter of 2012 through the second quarter of 2019, inclusive;  and the delinquent

federal employment tax liabilities [Forms 940] for tax years 2009, 2014, 2015, 2016, 2017 and 2018, in the amount of $2,124,892.46, as of January 1, 2020, plus interest plus interest and statutory additions, which will continue to accrue until paid in full, as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

        DAVID L. ANDERSON
        United States Attorney

s/ Betty Williams
BETTY WILLIAMS, ESQ.
Williams & Associates, P.C.
3600 American River Drive, Suite 135
Sacramento, CA  95864

Attorney for Media Rights Technologies, Inc.

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney

Attorneys for United States

    PURSUANT TO THE STIPULATION OF THE PARTIES HEREIN, IT IS HEREBY ORDERD, ADJUDGED and DECREED:

    1.    The Stipulation between the United States of America, and Media Rights Technologies, Inc. is approved.

    2.    Final judgment is entered in favor of the United States and against Media Rights Technologies, Inc. for delinquent federal employment tax liabilities [Forms 941] for all four quarters of 2008;  the first and fourth quarters of 2009;  the first and second quarters of 2010;  all four quarters of 2011;  the first quarter of 2012 through the second quarter of 2019, inclusive;  and the delinquent federal employment tax liabilities [Forms 940] for tax years 2009, 2014, 2015, 2016, 2017 and 2018, in the amount of $2,124,892.46, as of January 1, 2020, plus interest plus interest and statutory additions, which will continue to accrue until paid in full, as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

    SO ORDERED this 4th day of August, 2020.

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE