1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | SARA WINSLOW (DCBN 457643)
Assistant United States Attorney

4 | Chief, Civil Division

5 | CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney

6

7 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

8 | Telephone: (415) 436-7000
FAX: (415) 436-7009

9 | Attorneys for the United States of America

10

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | OAKLAND DIVISION

15 | UNITED STATES OF AMERICA,              )   Case No. 4:18-cv-05293-HSG
                                          )
16 |          Plaintiff,                   )
                                          )
17 |     v.                                )   STIPULATED JUDGMENT
                                          )
18 | HANK RISAN,                           )
                                          )
19 |          Defendant.                   )
                                          )
20 |                                       )
                                          )
21 | _____  )

22 |         The United States of America, and defendant, Hank Risan, by and through their respective

23 | counsel, stipulate and agree as follows:

24 |         That Final judgment be entered in favor of the United States and against Hank Risan, for

25 | seventy-five percent (75%) of the delinquent federal employment tax liabilities of Media Rights

26 | Technologies, Inc. [Forms 941] for all four quarters of 2008;  the first and fourth quarters of 2009;  the

27 | first and second quarters of 2010;  all four quarters of 2011;  the first quarter of 2012 through the second

28

quarter of 2019, inclusive;  and the delinquent federal employment tax liabilities [Forms 940] for tax

years 2009, 2014, 2015, 2016, 2017 and 2018.  The total amount of these liabilities, as of June 1, 2020,

is $2,131,424.36, and 75% of the total liability, as of June 1, 2020, is $1,598,568.00.  Accordingly, the

judgment against Hank Risan is $1,598,568.00, as of June 1, 2020, plus interest plus interest and

statutory additions, which will continue to accrue until paid in full, as provided by 28 U.S.C. § 1961(c)

and 26 U.S.C. §§ 6621 and 6622.


                                       DAVID L. ANDERSON
                                         United States Attorney


_/s/ Betty Williams_____          _/s/ Cynthia Stier_____
BETTY WILLIAMS, ESQ.                 CYNTHIA STIER
Williams & Associates, P.C.             Assistant United States Attorney
3600 American River Drive, Suite 135
Sacramento, CA  95864                 Attorneys for United States

Attorney for Hank Risan and
Media Rights Technologies, Inc.


       PURSUANT TO THE STIPULATION OF THE PARTIES HEREIN, IT IS HEREBY

ORDERD, ADJUDGED and DECREED:

       The Stipulation between the United States of America, and Hank Risan, is approved, and final

judgment is entered in favor of the United States and against Hank Risan, in the amount of

$1,598,568.00, as of June 1, 2020, plus interest plus interest and statutory additions, which will continue

to accrue until paid in full, as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.



       SO ORDERED this 4th day of August, 2020.

                                    _____
                                    HONORABLE HAYWOOD S. GILLIAM, JR.
                                    UNITED STATES DISTRICT JUDGE